# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-2206

_____

Miguel Garcia Reynoso

*Petitioner*

v.

Jefferson B. Sessions, III,[1] Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: February 23, 2017
Filed: March 8, 2017
[Unpublished]

_____

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

---

[1]Jefferson B. Sessions, III has been appointed to Serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Guatemalan citizen Miguel Garcia Reynoso petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge (IJ) to deny withholding of removal.[2] After careful consideration, we conclude that substantial evidence supports the decision. See De Castro-Gutierrez v. Holder, 713 F.3d 375, 379, 381-82 (8th Cir. 2013). The petition for review is denied. See 8th Cir. R. 47B.

———————————————————

[2]Reynoso does not challenge the IJ's denial of relief under the Convention Against Torture, or the IJ's denial of his asylum application as untimely; thus, those rulings are not before us. See Uli v. Mukasey, 533 F.3d 950, 954 n.2 (8th Cir. 2008).